FILED

03/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0590

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0590

CITY OF HELENA,

Plaintiff and Appellee,

v.

LESLIE GENE CASEM,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 14-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 9, 2022, within which to prepare, serve, and file its response brief.

**BG**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2022